UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:26-cv-00514-MCS-MAR**                              Date:  March 31, 2026

Title      *Shanita Monique Hampton v. City of Pasadena et al*

Present:  The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  FAILURE TO FILE OPPOSITION

On January 16, 2026, Shanita Monique Hampton ("Plaintiff") filed a Complaint against the City of Pasadena, Officers Brandon Stone, Jimenez, Jackson, and Banuelos, and Does 1–10 ("Defendants").  ECF Docket No. ("Dkt.") 1.  On February 25, 2026, Defendants filed a Motion to Dismiss.  Dkt. 9.  Plaintiff did not file a Response or Opposition.

Plaintiff is **ORDERED** to show cause, **by April 10, 2026**, why she failed to file an Opposition, and why this action should not be dismissed under Rule 41(b) for failure to prosecute. See Fed. R. Civ. P. 41(b).

Plaintiff may discharge this order by filing an Opposition, a notice of non-opposition, or explaining to the Court why Plaintiff has failed to file an Opposition, **no later than April 10, 2026**. **Plaintiff is expressly advised that failure to timely file a response to this order will result in the Motion to Dismiss being deemed unopposed and/or the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

| Initials of Preparer | : |
|---|---|
| | ev |