UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:26-cv-00514-MCS-MAR Date: November 9, 2026

Title: Shanita Monique Hampton v. City of Pasadena et al

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On January 16, 2026 Plaintiff, proceeding pro se, filed this Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C § 1983. ECF Docket No. ("Dkt.") 1. On August 16, 2026, the Court dismissed the Complaint and granted Plaintiff leave to file a First Amended Compalint. Dkt. 31. The court ordered that any Amended Complaint shall be filed by September 1, 2026. Id. To date, Plaintiff has not filed a First Amended Complaint. Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, by **November 24, 2026,** why this action should not be dismissed under Rule 41(b) for failure to prosecute. See Fed. R. Civ. P. 41(b).

The Court will consider any of the following options to be an appropriate response to this OSC:

1. Plaintiff shall file a First Amended Complaint; or
2. Plaintiff may request a voluntarily dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a). The clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.

**Failure to respond to the Court's Order will result in the dismissal of the action.**

**IT IS SO ORDERED.**

:

**Initials of Preparer** ______